CLERK'S OFFICE
U.S. DISTRICT COURT
AT ROANOKE, VA
FILED
December 15, 2025
LAURA A. AUSTIN, CLERK
BY: s/ M.Poff, Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **TARUN KUMAR VYAS,** | ) |
| Petitioner, | ) Case No. 7:23CV00102 |
| v. | ) **OPINION AND ORDER** |
| **SHERIFF BRYAN HUTCHESON,** | ) JUDGE JAMES P. JONES |
| Respondent. | ) |

*Tarun Kumar Vyas, Pro Se Petitioner.*

The petitioner, Tarun Kumar Vyas, proceeding pro se while a pretrial detainee, filed this action as a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, requesting that the court dismiss state indictments, among other things. The petition was dismissed by this court on August 22, 2023, and an appeal was subsequently dismissed by the court of appeals. *Vyas v. Hutcheson*, No. 25-6372 (4th Cir. Aug. 18, 2025) (unpublished).

On November 10, 2025, the court docketed a Motion to Compel in this case from Vyas, wherein he requested various forms of injunctive relief. Mot. Compel, Dkt. No. 123. I denied the Motion to Compel by an Opinion and Order entered November 17, 2025. Op. & Order, Dkt. No. 124. The same day, but after the Opinion and Order denying the Motion to Compel was entered, the Clerk's Office

docketed Vyas' Motion to Withdraw the Motion to Compel, which I then denied as moot. Mot. to Withdraw, Dkt. No. 125; Min. Order, Dkt. No. 126.

Currently pending for consideration is Vyas' Motion to Alter or Amend Judgment, which requests that I amend the Opinion and Order entered November 17, 2025, denying his Motion to Compel. Vyas asserts that the Opinion and Order should be amended to reflect his Motion to Withdraw given that he mailed it on November 15, 2025, two days before it was received by the court. Vyas desires that any dismissal of his Motion to Compel be without prejudice.

Finding it proper, and in accord with Federal Rule of Civil Procedure 60(a), it is **ORDERED** as follows:

1. The Motion to Alter or Amend Judgment, Dkt. No. 127, is GRANTED;

2. The Minute Order denying the Motion to Withdraw as moot, Dkt. No. 126, is VACATED;

3. The Motion to Withdraw, Dkt. No. 125, is GRANTED; and

4. The Court declares that the Motion to Compel, Dkt. No. 123 is dismissed without prejudice.

ENTER: December 15, 2025

/s/ JAMES P. JONES
Senior United States District Judge